*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, HOUTZ, and GERRITY
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Jason A. THOMPSON**
Culinary Specialist First Class, (E-6) U.S. Navy
Appellant

**No. 201900156**

Decided: 22 October 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Military Judge:
Jonathan T. Stephens

Sentence adjudged 12 February 2019 by a general court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence approved by the convening authority: confinement for 210 days, a bad-conduct discharge and reduction in rank to E-1.

For Appellant:
*Lieutenant Clifton E. Morgan III, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court